DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6788
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAZMIN ALEJANDRA CUEVAS-CAPETILLO,<br><br>    Defendant. | NO. CR-20-0449 (EMC)<br><br>GOVERNMENT'S MEMORANDUM SUMMARIZING STATUS OF DISCOVERY AND OTHER ISSUES IN PREPARATION FOR STATUS HEARING SET FOR JANUARY 27, 2021 |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUVENCIO GAMEZ CID,<br>    a/k/a "Alex Jose Torres-Carrero,"<br>    a/k/a "Emilio Jose Colon Martinez,"<br>    a/k/a "Chilango,"<br>    a/k/a "Chupon," and<br><br>CRISTIAN ALVARADO<br><br>    Defendants. | NO. CR-20-0450 (EMC)<br><br>GOVERNMENT'S MEMORANDUM SUMMARIZING STATUS OF DISCOVERY AND OTHER ISSUES IN PREPARATION FOR STATUS HEARING SET FOR JANUARY 27, 2021 |

STATUS HEARING MEMORANDUM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUVENCIO GAMEZ CID, <br>   a/k/a "Alex Jose Torres-Carrero," a/k/a <br>   Emilio Jose Colon Martinez," <br>   a/k/a "Chilango," a/k/a "Chupon," <br><br> JOSE ALFREDO VILLALOBOS CISNEROS, <br>   a/k/a "Roberto Villalobos-Buelna", <br>   a/k/a "Lobo," and <br><br> SERGIO VILLALOBOS-CISNEROS, <br><br> Defendants. | NO. CR-20-451 (EMC) <br><br> GOVERNMENT'S MEMORANDUM SUMMARIZING STATUS OF DISCOVERY AND OTHER ISSUES IN PREPARATION FOR STATUS HEARING SET FOR JANUARY 27, 2021 |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCO RICARDO MIRANDA, <br> JESUS ALBERTO ROJAS-VEGA, <br> GELACIO PEREZ-ROJAS, <br> URIEL SOTO, and <br> LEONEL CISNEROS-SOSA, <br><br> Defendants. | NO. CR-20-452 (EMC) <br><br> GOVERNMENT'S MEMORANDUM SUMMARIZING STATUS OF DISCOVERY AND OTHER ISSUES IN PREPARATION FOR STATUS HEARING SET FOR JANUARY 27, 2021 |

The government is filing this memorandum in preparation for the January 27, 2021, status hearing for Case No. 20-cr-450 and Case No. 20-cr-451 and related cases. This is the government's view of the issues discussed below. The government does not purport to speak about these issues for any of the other parties.

The related cases are linked because the charges arose from the same wiretap investigation. The investigation spanned over a year, and involved five federal wiretap orders, issued from December 2019 to September 2020. In addition, the grand jury returned an indictment on January 21, 2021, charging five defendants in Case No. CR21-0026 based on the same investigation. The government has filed a notice of related case, pursuant to Local Criminal Rule 8-1, to relate that newest case to the four above-

STATUS HEARING MEMORANDUM

Case 3:20-cr-00450-EMC   Document 25   Filed 01/26/21   Page 3 of 8

captioned criminal cases.

The related cases and CR21-0026 include a range of defendants and drug trafficking activities. Defendants Jazmin Alejandra Cuevas-Capetillo and Cristian Alvarado worked together as part of a drug trafficking organization but have been charged in separate cases. Defendant Juvencio Gamez Cid is charged in two of the cases. In the second above-captioned case, Gamez Cid is charged with attempt to possess methamphetamine that Defendant Cristian Alvarado is charged with possessing with intent to distribute. In the third above-caption case, Gamez Cid is also charged with attempted possession of methamphetamine related to the seizure of 25 pounds of methamphetamine that his two co-defendants in that case are charged with possessing with intent to distribute.

The fourth case involves a cocaine distribution conspiracy led by Defendant Francisco Ricardo Miranda. Miranda's drug trafficking organization did business with Defendant Juvencio Gamez Cid and his associates. It is anticipated that much of the same discovery will be provided in all of these cases, including wiretap evidence, and that there will be other overlapping issues.

The case indicted on January 21, CR21-0026, concerns a drug trafficking organization (DTO) in which Raudel Macias (hereafter "Raudel") is the central figure (the Macias DTO). As discussed in the complaint, the Macias DTO was a street-level drug distribution group, responsible for distributing methamphetamine, cocaine, heroin, and fentanyl to numerous street level customers and resellers in the Northern District of California. Raudel Macias was in charge of handling supply for the organization. Other members were responsible for delivering drugs to customers and collecting the proceeds. As discussed below, the investigative team was able to document these activities through, among other means, wiretaps and undercover purchases of drugs. The Macias DTO was the target of the first wiretap orders issued in this investigation. The investigation subsequently expanded to include higher-level distributors and drug sources, such as Francisco Ricardo Miranda and Juvencio Gamez Cid, who are now charged in the related cases.[1]

Regarding discovery, because all of these cases arose from a single investigation, the government anticipates that it will be producing largely the same discovery to all the defendants in these

---

[1] The government anticipates that the defendants charged in Case CR21-0026 will be the last large group of defendants charged as a direct result of this investigation, although there may be additional smaller cases that are brought as the government continues to receive evidence and information.

STATUS HEARING MEMORANDUM

cases.[2] The government is exploring the possibility of a discovery coordinator and plans to also raise this issue with the counsel appearing in the new case. The government has negotiated and filed a protective order for the discovery in Case Nos. CR20-450 and CR20-451 and anticipates using the same protective order in the other related cases.

The discovery will include the following:

a. Recordings, summaries, translations and transcripts for the interceptions pursuant to wiretap orders and the consensual communications recorded in the course of undercover operations such as drug purchases. There were hundreds of incriminating communications that were intercepted pursuant to the five wiretap orders. Most of the intercepted communications were in the Spanish language.

b. Copies of the investigative warrants and orders and applications for these warrants and orders.

c. Agency Reports.[3]

d. Photographs, videos and other records generated during undercover operations.

To the extent feasible, the discovery is being produced in digital form. Defense counsel will also have the opportunity to inspect seized evidence, including at least approximately 37 seized drug exhibits.

The government is in the process of producing the following items on hard drives submitted by defense counsel, contingent on agreement to a protective order:

WIRETAP APPLICATIONS/ AFFIDAVITS/ ORDERS

| Docket Number | Warrant/Order Date |
| --- | --- |
| CR 19-91168 MISC EMC | December 19, 2019 |
| CR 20-90085 MISC SI | January 27, 2020 |
| CR 20-90280 MISC SI | March 16, 2020 |
| CR20-90690 MISC SI | June 4, 2020 |
| CR20-91310 MISC SI | September 21, 2020 |

---

[2] The defendants' criminal histories and similar personal information will only be produced to the counsel for those defendants.

[3] Some reports are still being generated. For example, forensic tests are not yet completed on some of the seized evidence such as seized drug exhibits.

STATUS HEARING MEMORANDUM

PEN REGISTER APPLICATIONS/ORDERS

| Docket Number | Warrant/Order Date |
|---|---|
| 3:19-MJ-71547 | September 20, 2019; |
| 3:19-MJ-71727 | October 22, 2019 |
| 3:19-MJ-71728 | October 22, 2019 |
| 3:19-MJ-71728 | October 22, 2019 |
| 3:19-MJ-91018 | November 4, 2019 |
| 3:19-MJ-91018 | November 4, 2019 |
| 3:19-MJ-91105 | November 26, 2019 |
| 3:19-MJ-91105 | November 26, 2019 |
| 3:19-MJ-91105 | November 26, 2019 |
| 3:19-72081 | December 24, 2019 |
| 3:20-90021 MISC | January 8, 2020 |
| 3:20-MJ-70127 | February 21, 2020 |
| 3:20-MJ-70127 | February 21, 2020 |
| CR-20-90468 MISC | April 24, 2020 |
| CR-20-90468 MISC | April 24, 2020 |
| 20-xr-90351-SK | April 10, 2020 |
| 3:20MJ70598SK | May 19, 2020 |
| 3:20-xr-90352-SK | April 9, 2020 |
| CR20-90836 MISC SK | July 10, 2020 |
| CR20-90749 MISC LB | June 22, 2020 |
| CR20-90749 MISC LB | June 22, 2020 |

LOCATION DATA FOR CELLULAR TELEPHONES WARRANT APPLICATIONS/ORDERS

| Docket Number | Warrant/Order Date |
|---|---|
| 3:19-MJ-71547 | September 20, 2019 |
| 3:19-MJ-71727 | October 22, 2019 |
| 3:19-MJ-71728 | October 22, 2019 |

STATUS HEARING MEMORANDUM

| Docket Number | Date |
|---|---|
| 3:19-MJ-71728 | October 22, 2019 |
| 3:19-MJ-71809 | November 1, 2019 |
| 3:19-MJ-71809 | November 1, 2019 |
| CR-19-91168 MISC | December 19, 2019 |
| 3:19-MJ-72081 | December 24, 2019 |
| CR-20-90085 MISC | January 27, 2020 |
| CR-20-90085 MISC | January 27, 2020 |
| 3:20-MJ-70201 | February 21, 2020 |
| 3:20-MJ-70201 | February 21, 2020 |
| 4-19-72068 DMR | December 20, 2019 |
| 3:20-mj-70491 TSH | April 24, 2020 |
| 3:20-mj-70491 TSH | April 24, 2020 |
| 3:20-mj-70421 SK | April 8, 2020 |
| CR29-90690 MISC SI | June 4, 2020 |
| CR29-90690 MISC SI | June 4, 2020 |
| CR29-90690 MISC SI | June 4, 2020 |
| CR29-90690 MISC SI | June 4, 2020 |

VEHICLE TRACKING WARRANT APPLICATIONS/ORDERS

| Docket Number | Warrant/Order Date |
|---|---|
| 3:19-MJ-71030 | July 10, 2019, |
| 3:19-MJ-71466 | September 5, 2019, |
| 3:19-MJ-71726 | October 22, 2019, |
| 3:19-MJ-71968 | December 4, 2019, |
| 3:20-MJ-70063 | January 27, 2020 |
| 3:19-MJ-71128 | July 25, 2019, |
| 3:19-MJ-71466 | September 5, 2019, |
| 3:19-MJ-71726 | October 22, 2019, |
| 3:19-MJ-71968 | December 4, 2019, |
| 3:20-MJ-70063 | January 27, 2020 |
| 3:19-MJ-71466 | September 5, 2019, |

STATUS HEARING MEMORANDUM

| | |
|---|---|
| 3:19-MJ-71726 | October 22, 2019 |
| 3:19-MJ-71968 | December 4, 2019, |
| 3:20-MJ-70063 | January 27, 2020 |
| 3:19-MJ-71466 | September 5, 2019, |
| 3:19-MJ-71726 | October 22, 2019 |
| 3:19-MJ-71968 | December 4, 2019, |
| 3:20-MJ-70063 | January 27, 2020 |
| 3:20-MJ-70063 | January 27, 2020 |
| 3:20-MJ-70127 | February 15, 2020 |
| 3:20-MJ-70127 | February 15, 2020 |
| 20-MJ-70063 | March 31, 2020 |
| 20-MJ-70063 | March 31, 2020 |
| 20-MJ-70063 | March 31, 2020 |
| 20-MJ-70063 | March 31, 2020 |
| 20-MJ-70063 | March 31, 2020 |
| 20-MJ-70063 | March 31, 2020 |

PREMISES, VEHICLE, AND ELECTRONIC DEVICE SEARCH WARRANT APPLICATIONS/ORDERS

| Docket Number | Warrant/Order Date |
|---|---|
| 20-MJ-71618 | November 11, 2020 |
| 20-MJ-71619 | November 11, 2020 |
| 20-MJ-71626 | November 13, 2020 |
| 20-MJ-71625 | November 13, 2020 |

Given the large volume of discovery, the defense attorneys will need a substantial period of time to evaluate how the case should be resolved and to determine whether motions should be filed. In light of this and because there will probably be at least one more related case, the government suggests setting another status conference in roughly four weeks. This will allow sufficient time for counsel in the new case to appear and for all counsel to become more familiar with the scope of the underlying investigation and volume of discovery involved.

STATUS HEARING MEMORANDUM

After four weeks, the parties should be in a better position to discuss the timeline of this litigation with the Court.

DATED: January 26, 2021

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Daniel Pastor*
DANIEL PASTOR
THOMAS A. COLTHURST
Assistant United States Attorneys

STATUS HEARING MEMORANDUM