```
1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  DANIEL PASTOR (CABN 297948)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-7234
       daniel.pastor@usdoj.gov
8
   Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUVENCIO GAMEZ CID, and <br> CRISTIAN ALVARADO, <br><br> Defendants. | NO. CR-20-0450 (EMC) <br><br> [~~PROPOSED~~] ORDER TO EXCLUDE TIME FROM NOVEMBER 17, 2021 THROUGH JANUARY 12, 2022 |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUVENCIO GAMEZ CID, and <br> JOSE ALFREDO VILLALOBOS CISNEROS, <br><br> Defendants. | NO. CR-20-451 (EMC) <br><br> [~~PROPOSED~~] ORDER TO EXCLUDE TIME FROM NOVEMBER 17, 2021 THROUGH JANUARY 12, 2022 |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>FRANCISCO RICARDO MIRANDA,<br><br>      Defendant. | NO. CR-20-452 (EMC)<br><br>[~~PROPOSED~~] ORDER TO EXCLUDE TIME FROM NOVEMBER 17, 2021 THROUGH JANUARY 12, 2022 |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>RAUDEL MACIAS,<br>BENITO MACIAS,<br>OSCAR MACIAS, and<br>ANTHONY MACIAS<br><br>      Defendants. | Case No. CR21-026 (EMC)<br><br>[~~PROPOSED~~] ORDER TO EXCLUDE TIME FROM NOVEMBER 17, 2021 THROUGH JANUARY 12, 2022 |

The parties appeared for a status in the above captioned related cases on November 17, 2021. Defense counsel have provided a list of specific items that they believe are missing from the government's productions. The government is working to locate those items and meeting and conferring with defense counsel. Defense counsel also requested further explanation of the mobile Internet data files (referred to as coolminer files by the discovery coordinator). The government agreed to meet and confer with defense counsel about these files. The Court set a further status on January 12, 2022. The parties have agreed that time should be excluded under the Speedy Trial Act from November 17, 2021 through January 12, 2022.

**[PROPOSED] ORDER**

Based upon the facts set forth on the record, for the reasons stated above, and for good cause shown, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial Act) for the period from November 17, 2021 through January 12, 2022 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendants the effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS HEREBY ORDERED THAT the time from November 17, 2021 through January 12, 2022 shall be excluded from computation under the Speedy Trial Act.

DATED: November 24, 2021

HON. EDWARD M. CHEN
United States District Judge