1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  DANIEL PASTOR (CABN 297948)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
7         FAX: (415) 436-7234
          daniel.pastor@usdoj.gov
8
   Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                               SAN FRANCISCO DIVISION
12

13

14 | UNITED STATES OF AMERICA,          )  NO. CR-20-0450 (EMC)
                                        )
15 |      Plaintiff,                    )  STIPULATION AND [PROPOSED] ORDER TO
                                        )  EXCLUDE TIME FROM MARCH 9, 2023
16 |   v.                               )  THROUGH APRIL 27, 2023
                                        )
17 | JUVENCIO GAMEZ CID,                )
                                        )
18 |      Defendant.                    )
                                        )
19 |                                    )

20
                                        )
21 | UNITED STATES OF AMERICA,          )
                                        )
22 |      Plaintiff,                    )  NO. CR-20-451 (EMC)
                                        )
23 |   v.                               )  STIPULATION AND [PROPOSED] ORDER TO
                                        )  EXCLUDE TIME FROM MARCH 9, 2023
24 | JUVENCIO GAMEZ CID,                )  THROUGH APRIL 27, 2023
                                        )
25 |      Defendant.                    )
                                        )
26                                      )
                                        )
27                                      )
                                        )
28                                      )

[PROPOSED] ORDER                        1                               v. 7/10/2018

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO RICARDO MIRANDA,<br><br>　　　　Defendant. | NO. CR-20-452 (EMC)<br><br>STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME FROM MARCH 9, 2023 THROUGH APRIL 27, 2023 |

The parties appeared for a status in the above captioned related cases on March 9, 2023. The parties continue to review discovery and hope to resolve the remaining cases shortly. The parties agreed and requested that time be excluded under the Speedy Trial Act from March 9, 2023 through April 27, 2023 for effective preparation of counsel. The Court agreed to exclude time from March 9, 2023 through April 27, 2023 for effective preparation of defense counsel and directed the government to file a proposed order.

**[PROPOSED] ORDER**

Based upon the facts set forth on the record, for the reasons stated above, and for good cause shown, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 (the Speedy Trial Act) for the period from March 9, 2023 through April 27, 2023 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  The failure to grant the requested continuance would deny the defendants the effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS HEREBY ORDERED THAT the time from March 9, 2023 through April 27, 2023 shall be excluded from computation under the Speedy Trial Act.

DATED: _____

HON. EDWARD M. CHEN
United States Senior District Judge